# UNITED STATES DISTRICT COURT

## Western District of Missouri

**Robert Williams, Register No. 345847**

JUDGMENT IN A CIVIL CASE

    v.

**Denis Agniel, et al**

Case Number: 05-4183-CV-C-NKL

_  *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

–  that plaintiff's claims are dismissed, without prejudice, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

ENTERED ON: December 12, 2005

December 12, 2005

Date

PATRICIA L. BRUNE

Clerk

/s L. Bax

(By) Deputy Clerk